FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

JUN 07 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARY JO BARTON, | ) | CASE NO. 3:09-cv-671-LRH(RAM) |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| SWH CORPORATION, et al. | ) | |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for trial on the stacked calendar of April 24, 2012.

IT IS ORDERED that this case is referred to The Honorable Robert A. McQuaid, Jr. for the purpose of conducting a settlement conference.

DATED this 7 day of June, 2011.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE